UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRIGORE SAPTESTE, et al.,

Plaintiffs,

v.

TOGS OTGONDAATAZ,

Defendant.

No. 2:26-cv-1825-DC-AC (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 3)

Plaintiffs are proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On May 27, 2026, the magistrate judge filed findings and recommendations, which were served on plaintiffs and which contained notice to plaintiffs that any objections to the findings and recommendations were to be filed within 21 days. ECF No. 3. Plaintiffs have not filed objections to the findings and recommendations, and the time in which to do so has passed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 27, 2026, (ECF No. 3) are ADOPTED; a
2. The complaint (ECF No. 1) is DISMISSED without leave to amend;
3. This action is dismissed due to Plaintiffs' failure to state a cognizable claim for relief;

and

4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 24, 2026**

Dena Coggins
United States District Judge